Georgia A. GREEN, Plaintiff—
Appellant,

v.

C. Branson VICKERY, III, State Elect.
District Attorney; Dawn Stroud, Le-
noir Clerk of Court; State of North
Carolina, Lenoir County Sheriff De-
partment; Sheriff W.E. Billy Smith;
Cecil Ervin Harper, Sheriff; Lieuten-
ant Gary Kornegay; Audra B.
Williams, H&H Drug Store; Tim War-
ren, The Flower Basket; Louise Cox,
Lou–Ellen Boutique; Meredith Craig,
Piggly Wiggly # 66; Shonice Whit-
field, Piggly Wiggly # 66, Defen-
dants—Appellees.

No. 07–1474.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

Georgia A. Green, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia A. Green appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Vickery,* No. 4:06–cv–00181–F (E.D.N.C. Feb. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*